| AO 10<br>Rev. 1/2014 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2013 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>CAYER, DAVID S. | 2. Court or Organization<br><br>DISTRICT COURT - WDNC | 3. Date of Report<br><br>06/23/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br> magistrate judges indicate full- or part-time)<br><br>MAGISTRATE JUDGE (FT) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |
| 7. Chambers or Office Address<br><br>RM. 168<br>401 W. TRADE ST.<br>CHARLOTTE, NC 28202 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 2013 | N.C. CONSOLIDATED JUDICIAL RETIRMENT SYSTEM, NO CONTROL |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2013 | CONSOLIDATED JUDICIAL RETIREMENT SYSTEM OF N.C. - RETIREMENT | $66,150.00 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | NOVANT HEALTH CORPORATE PRESBYTERIAN MEDICAL GROUP - SALARY |
| 2. | 2013 | NEAL S TAUB MD PA - SALARY |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **CAYER, DAVID S.** | 06/23/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ETR:FME | A | Dividend | K | T | | | | | |
| 2. NYSE:VZ | B | Dividend | K | T | | | | | |
| 3. NYSE:SEE | A | Dividend | J | T | | | | | |
| 4. NYSE:XOM | A | Dividend | J | T | | | | | |
| 5. NYSE:WMT | A | Dividend | J | T | | | | | |
| 6. FIFTH THIRD | A | Interest | K | T | | | | | |
| 7. TRUST #1 | C | Int./Div. | M | T | | | | | |
| 8. -WELLS FARGO DEPOST ACCT | | | | | | | | | |
| 9. -NUVEEN HIGH YIELD MUNI BOND | | | | | Sold (part) | 02/08/13 | J | A | |
| 10. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 11. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 12. -NUVEEN LIMITED TERM MUNICIPAL BOND FUND | | | | | Sold (part) | 02/08/13 | J | A | |
| 13. | | | | | Sold (part) | 07/11/13 | J | | |
| 14. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 15. -NUVEEN NC MUNI BOND | | | | | Sold (part) | 02/08/13 | J | | |
| 16. | | | | | Sold (part) | 07/11/13 | J | | |
| 17. | | | | | Buy (add'l) | 10/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -RIDGEWORTH SEIX HIGH YIELD BOND FUND | | | | | Sold (part) | 02/08/13 | J | A | |
| 19. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 20. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 21. -DREYFUS EMERGING MARKETS DEBT LOCAL CURRENCY | | | | | Sold (part) | 02/08/13 | J | A | |
| 22. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 23. | | | | | Sold (part) | 10/11/13 | J | | |
| 24. -FIDELITY ADVISORS EMERGING MARKETS | | | | | Buy | 10/15/13 | J | | |
| 25. -LAUDUS MONDRAIN INT'L FIXED INCOME FUND | | | | | Sold (part) | 02/08/13 | J | A | |
| 26. | | | | | Sold (part) | 07/11/13 | J | | |
| 27. -PIMCO FOREIGN BOND FUND | | | | | Sold (part) | 02/08/13 | J | A | |
| 28. | | | | | Sold (part) | 07/11/13 | J | | |
| 29. -ARTISAN MID CAP FUND CLASS INS. | | | | | Buy (add'l) | 02/12/13 | J | | |
| 30. | | | | | Sold (part) | 04/11/13 | J | A | |
| 31. | | | | | Sold (part) | 07/11/13 | J | A | |
| 32. | | | | | Sold (part) | 10/10/13 | J | A | |
| 33. -DIAMOND HILL LONG-SHORT FUND CLASS I | | | | | Sold (part) | 04/11/13 | J | A | |
| 34. | | | | | Sold (part) | 07/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -HARBOR CAPITAL APPRECIATION FUND | | | | | Buy (add'l) | 02/12/13 | J | | |
| 36. | | | | | Sold (part) | 04/11/13 | J | A | |
| 37. | | | | | Sold (part) | 07/11/13 | J | A | |
| 38. -ISHARES CORE S&P 500 INDEX ETF | | | | | Sold (part) | 02/12/13 | J | A | |
| 39. | | | | | Sold (part) | 04/15/13 | J | A | |
| 40. | | | | | Sold (part) | 07/15/13 | J | A | |
| 41. -ISHARES RUSSELL 2000 GROWTH INDEX FUND | | | | | Sold | 02/12/13 | J | A | |
| 42. -JP MORGAN MID CAP VALUE FUND-CLASS I | | | | | Buy (add'l) | 02/12/13 | J | | |
| 43. | | | | | Sold (part) | 04/11/13 | J | A | |
| 44. | | | | | Sold (part) | 07/11/13 | J | A | |
| 45. -KALMAR "GROWTH WITH VALUE" SMALL CAP CLASS | | | | | Buy | 02/12/13 | J | | |
| 46. -KEELEY SMALL CAP VALUE FUND CLASS | | | | | Sold (part) | 02/08/13 | J | A | |
| 47. | | | | | Sold (part) | 04/11/13 | J | A | |
| 48. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 49. -MFS VALUE FUND-CLASS I | | | | | Buy (add'l) | 02/12/13 | J | | |
| 50. | | | | | Sold (part) | 04/11/13 | J | A | |
| 51. | | | | | Sold (part) | 07/11/13 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 53. -ARTISAN INT'L FUND | | | | | Sold (part) | 02/08/13 | J | A | |
| 54. | | | | | Sold (part) | 04/11/13 | J | A | |
| 55. | | | | | Sold (part) | 07/11/13 | J | A | |
| 56. -DODGE & COX INT'L STOCK | | | | | Sold (part) | 02/08/13 | J | A | |
| 57. | | | | | Sold (part) | 07/11/13 | J | A | |
| 58. | | | | | Sold (part) | 10/10/13 | J | A | |
| 59. -OPPENHEIMER DEVELOPING MKT | | | | | Buy (add'l) | 02/12/13 | J | | |
| 60. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 61. | | | | | Sold (part) | 10/10/13 | J | A | |
| 62. -VANGUARD EMERGING MARKETS | | | | | Buy (add'l) | 02/12/13 | J | | |
| 63. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 64. | | | | | Sold (part) | 10/15/13 | J | | |
| 65. -GATEWAY FUND | | | | | Buy (add'l) | 02/12/13 | J | | |
| 66. | | | | | Sold | 07/11/13 | J | A | |
| 67. -HUSSMAN STRATEGIC GROWTH FUND | | | | | Sold | 02/08/13 | J | | |
| 68. -AQR MANAGED FUTURES STRATEGY FUND | | | | | Buy | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 10/10/13 | J | | |
| 70. -ASG GLOBAL ALTERNATIVES FUND CLASS | | | | | Buy | 07/15/13 | J | | |
| 71. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 72. -DRIEHAUS ACTIVE INCOME FUND | | | | | Buy | 07/15/13 | J | | |
| 73. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 74. -MERGER FD SH BEN INT | | | | | Buy (add'l) | 02/12/13 | J | | |
| 75. | | | | | Sold (part) | 07/11/13 | J | A | |
| 76. -ROBECO BOSTON PARTNERS LONG/ SHORT | | | | | Buy | 07/15/13 | J | | |
| 77. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 78. -CREDIT SUISSE COMMODITY RETURN | | | | | Buy (add'l) | 02/12/13 | J | | |
| 79. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 80. | | | | | Sold (part) | 09/26/13 | J | | |
| 81. -IPATH DOW JONES - UBS COMMODITY INDEX | | | | | Buy | 09/30/13 | J | | |
| 82. -SPDR DJ WILSHIRE INTERNATIONAL REAL ESTATE | | | | | Sold (part) | 04/15/13 | J | A | |
| 83. | | | | | Buy (add'l) | 07/15/13 | J | | |
| 84. -VANGUARD REIT VIPER | | | | | Sold (part) | 04/15/13 | J | A | |
| 85. | | | | | Buy (add'l) | 07/15/13 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 10/15/13 | J | | |
| 87. IRA #1 | B | Int./Div. | K | T | | | | | |
| 88. -AMER BALANCED FD | | | | | | | | | |
| 89. -INVESTMENT CO. AMERICA | | | | | | | | | |
| 90. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| CAYER, DAVID S. | 06/23/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **S/ DAVID S. CAYER**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544